UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DOMINICK MEMOLO,<br><br>            Plaintiff,<br><br>v.<br><br>SMITH'S FOOD & DRUG CENTERS, INC, et al.,<br><br>            Defendants. | Case No.: 2:20-cv-01403-APG-NJK<br><br>**ORDER**<br><br>[Docket No. 40] |

Pending before the Court is the parties' stipulation to extend the date for filing the joint pretrial order. Docket No. 40. As in their previous filings, the parties seek to reopen some aspect of discovery without making the required showing under the Local Rules. The Local Rules require not only a showing of good cause[1] but also excusable neglect for why the deadline was not properly met. *See* Local Rule 26-3. Nonetheless, in an effort to allow this case to be decided on its merits, the Court **GRANTS** the parties' request. The joint pretrial order deadline is extended to November 15, 2021. The parties must strictly comply with all requirements of the Local and Federal Rules in all future filings.

IT IS SO ORDERED.

Dated: October 20, 2021

_____
Nancy J. Koppe
United States Magistrate Judge

---

[1] The Court's Local Rules explicitly state that the appearance of a new attorney does not constitute good cause. *See* Local Rule IA 11-6.

1